# United States Court of Appeals for the Federal Circuit

## Notice to Parties Regarding Electronic Filing

This appeal has been assigned to the court's Case Management/Electronic Case Files (CM/ECF) system. CM/ECF enables electronic filing of case documents.

Effective May 17, 2012, all attorneys (members of the bar and attorneys of the federal, state, and local governments) MUST use CM/ECF for all filings in this appeal, and no filing in paper by attorneys will be permitted beyond this date unless authorized by the court's ECF rules.

Counsel in this appeal must complete the ECF filer registration process in order to make filings in this case. Information on filer registration is available through the Pacer Service Center http://www.pacer.gov/reg_ap.html or the court's website www.cafc.uscourts.gov.

The court's rules and guidelines for the use of CM/ECF are available on the court's website.

<u>Pro Se Parties</u>.  Electronic filing is not authorized for parties not represented by counsel (parties proceeding pro se). A party proceeding pro se must file documents with the court in paper form pursuant to the Federal Rules of Appellate Procedure, the Federal Circuit Rules of Practice, and the Federal Circuit's Guide for Pro Se Petitioners and Appellants. The clerk will convert paper filings into electronic format and upload them to the CM/ECF system.

A party proceeding pro se must serve documents in paper form on opposing parties unless the parties have agreed between themselves to an alternative form service.

Attorneys using ECF to file electronically with the court must serve paper copies on pro se parties unless the parties have agreed between themselves to an alternative form of service. The court's ECF system will not provide electronic service to pro se parties.

<u>Redaction of Sensitive Information</u>

All parties, including those not represented by counsel, must refrain from including or must redact the following personal data identifiers from documents filed with the court to the extent required by Federal Rule of Appellate Procedure 25:

- Social Security numbers. If an individual's Social Security number must be included, use the last four digits only.
- Financial account numbers. If financial account numbers are relevant, use the last four digits only.
- Names of minors. If the involvement of an individual known to be a minor must be mentioned, use the minor's initials only.
- Dates of birth. If an individual's date of birth must be included, use the year only.
- Home addresses. If a home address must be included, use the city and state only.

If a party refers in appendices to materials containing security, privacy, or other sensitive information that such party determines for good reason and in compliance with court rules should not be made available to the public on the Internet through Pacer, two versions of the appendices must be filed: a nonconfidential, public version with the sensitive materials redacted, and an unredacted confidential version of the full document. See ECF-9.

The filer bears sole responsibility for ensuring a document complies with these requirements. The clerk will not review each pleading for compliance.

FOR THE COURT:

May 17, 2012               /s/ Jan Horbaly
                            Jan Horbaly, Clerk