NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN H. BANKS, ET AL.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5067

---

Appeal from the United States Court of Federal Claims in consolidated Nos. 99-CV-4451, 99-CV-4452, 99-CV-4453, 99-CV-4454, 99-CV-4455, 99-CV-4456, 99-CV-4457, 99-CV-4458, 99-CV-4459, 99-CV-44510, 99-CV44511, 99-CV-44512, 00-CV-365, 00-CV-379, 00-CV-380, 00-CV-381, 00-CV-382, 00-CV-383, 00-CV-384, 00-CV-385, 00-CV-386, 00-CV-387, 00-CV-388, 00-CV-389, 00-CV-390, 00-CV-391, 00-CV-392, 00-CV-393, 00-CV-394, 00-CV-395, 00-CV-396, 00-CV-398, 00-CV-399, 00-CV-400, 00-CV-401, 05-CV-1353, 05-CV-1381, and 06-CV-072, Chief Judge Emily C. Hewitt.

---

**ON MOTION**

---

JOHN BANKS V. US                                                                                          2

## O R D E R

John Banks moves without opposition for a 21-day extension of time, until May 8, 2013, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                                    FOR THE COURT

                                                    /s/ Jan Horbaly
                                                    Jan Horbaly
                                                    Clerk

s27